No. 05–5308. STEELE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5309. GUTIERREZ ROMERO v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 05–5310. McGEE v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 05–5312. THOMAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 05–5314. LaPOINTE v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. 

No. 05–5315. MILLS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 05–5316. ANDERSON v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. 

No. 05–5317. BOWMAN v. LEVITON MANUFACTURING CO., INC., ET AL. C. A. 11th Cir. Certiorari denied. 

No. 05–5318. MARTINEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 05–5319. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 05–5320. PACHECO-DIAZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 05–5322. CULGAN v. COLLIER, JUDGE, COURT OF COMMON PLEAS OF OHIO, MEDINA COUNTY. Sup. Ct. Ohio. Certiorari denied. 

No. 05–5323. PURYEAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 05–5324. SOUTHERLAND v. FLORIDA. Sup. Ct. Fla. Certiorari denied.